IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80133 WHA

IN THE MATTER OF

Peter David Nitschke – #174123

**ORDER OF SUSPENSION**

/

    Because Peter David Nitschke has failed to respond to the order to show cause, Mr. Nitschke's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE